JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARIA SANCHEZ AGUAYO, an individual, and JUAN SANDOVAL, an individual,<br><br>                    Plaintiffs,<br>        vs.<br><br>FORD MOTOR COMPANY, a Delaware Corporation and DOES 1 through 10, inclusive,<br><br>                    Defendants. | Case No.: **5:25-cv-01911**<br><br>**[PROPOSED]** **ORDER OF DISMISSAL WITH PREJUDICE** |

-1-
**JOINT STIPULATION AND ORDER OF DISMISSAL**

## [PROPOSED] ORDER

Having reviewed and considered the parties' Joint Stipulation to Dismiss (the "Stipulation"), and good cause appearing therefor, the Court **GRANTS** the Stipulation. The Court hereby retains jurisdiction to enforce and require compliance with the terms of the Settlement Agreement entered into by the Parties. The entire action, including all claims and counterclaims stated herein against all parties, is hereby ORDERED dismissed with prejudice.

**IT IS SO ORDERED.**

Dated:  February 6, 2026    _____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

**JOINT STIPULATION AND ORDER OF DISMISSAL**